UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DARBY STAPP and the marital community composed of DARBY AND JANE DOE STAPP, JENNIFER IRLAM, ELLEN PRENDERGAST and the marital community composed of ELLEN AND JOHN DOE PRENDERGAST, and DAVE WOODY,<br><br>    Defendants. | NO. CV-06-5052-RHW<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

Before the Court is Defendant's Second Supplemental Status Certificate (Ct. Rec. 30). Defendants indicate that the underlying state court action has been concluded and the above-captioned case is therefore moot.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed**.

 **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 17th day of November, 2008.

                    *s/ Robert H. Whaley*

                    ROBERT H. WHALEY
                    Chief United States District Judge

Q:\CIVIL\2006\Allstate\dismiss.wpd

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**